UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,**        )<br>    *Plaintiff - Appellee,*        )<br>                                                      )<br>**v.**                                                )<br>                                                      )<br>**ALVIN LEE EDGE,**                      )<br>    *Defendant - Appellant.*       )<br>                                                      ) | No. 13-4667 |

### APPELLANT'S MOTION FOR LEAVE TO FILE
### AN OVERSIZE JOINT APPENDIX

COMES NOW the Appellant, Alvin Lee Edge, by and through undersigned counsel, and hereby moves this Honorable Court for an order granting the Motion for Leave to File an Oversized Joint Appendix of <u>593</u> pages. In support of said motion, Appellant presents the following:

1. Local Rule 30(b) provides that there is no page limit on the length of the joint appendix, except as provided in Local Rule 32(a). Local Rule 32(a) provides that a joint appendix in a court-appointed case should not exceed 250 double-sided sheets without permission of the Court.

2. According to Local Rule 30(a)(1), the appendix must contain, "the relevant docket entries in the proceeding below, the relevant portions of the pleadings, charge, findings, or opinion, the judgment, order, or decision in question; and other parts of the record to which the parties wish to direct the court's attention."

1

3. The remaining entries include the mandated inclusions and other items designated by both parties.

4. The Joint Appendix necessarily exceeds the page limit because of the length and complexity of this litigation, as well as to ensure that all mandatory and relevant materials are available for this Court's review in the Joint Appendix.

WHEREFORE, Appellant respectfully requests that this Motion be granted, and that the Court accept for filing a Joint Appendix of <u>593</u> pages in this case.

RESPECTFULLY SUBMITTED, this the 14th day of January, 2014.

<u>/s/ Denzil H. Forrester</u>
Denzil H. Forrester
THE LAW OFFICES
OF DENZIL H. FORRESTER
3325 Washburn Avenue, Suite 103
Charlotte, NC 28205
(704) 632-9992

2

## **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on January 14, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

    Amy E. Ray
    OFFICE OF THE
    UNITED STATES ATTORNEY
    United States Courthouse
    100 Otis Street, Room 233
    Asheville, NC 28801
    (828) 271-4661

    *Counsel for Appellee*

The necessary filing and service were performed in accordance with the instructions given to me by counsel in this case.

    /s/ Shelly N. Gannon
    Shelly N. Gannon
    GIBSON MOORE APPELLATE SERVICES
    421 East Franklin Street, Suite 230
    Richmond, VA  23219